Motion to resettle order granted so as to award costs of the appeal and the action, and $2,000 additional allowance to the guardian ad litem, and otherwise denied.  Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of COLLEY W. BELL for Admission to the Bar.  (From Washington, D. C.) — Application granted.  Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of HENRY BLEISTIFT for an Order Consenting to the Removal of the Body of ABRAHAM BLEISTIFT from Mount Judah Cemetery.— Motion denied, without costs.  Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of ROBERT C. BRENNEMAN for Admission to the Bar.  (From the State of Indiana.) — Application granted.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of JOHN P. FINN for Admission to the Bar.  (From the State of Massachusetts.) — Application granted.  Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of JOSEPH KOLETSKY for Admission to the Bar.  (From the State of Connecticut.) — Application granted.  Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of GUSTAVE R. THOMPSON for Admission to the Bar.  (From Washington, D. C.) — Application granted.  Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of WILLIAM MANNING SMITH, for Admission to the Bar.  (From the State of Georgia.) — Application granted.  Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Estate of JERONEMUS S. UNDERHILL, Deceased.— Motion for reargument denied, without costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of DANN L. WOOD for Admission to the Bar.  (From Washington, D. C.) — Application granted.  Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

MARY E. MADDEN, Appellant, v. BESSIE MORRIS, Respondent.— Motion denied on condition that within ten days appellant pay ten dollars costs to the respondent, and file and serve points, and argue the cause at the December term; otherwise, motion granted.  Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

GEORGE S. MAWHINNEY, Respondent, v. MEYER FREUND, Appellant.— Motion granted, without costs.  Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

DONALD McKELLAR, Respondent, v. AMERICAN SYNTHETIC DYES, INC., Appellant.— Motion for reargument denied.  Motion to resettle order granted.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.  Settle order before the presiding justice.

ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motion denied, with ten dollars